UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FOURCHON HEAVY LIFT LLC** | **CIVIL ACTION NO:** _____ |
| **Plaintiff,** | **SECTION "\_\_\_"** |
| vs. | **JUDGE:**_____ |
| **NORD-SUD SHIPPING INC., ET AL.** | **MAGISTRATE:**_____ |
| **Defendants.** | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1333, 1441 and 1446, defendant, Nord-Sud Shipping, Inc. ("Nord-Sud"), hereby gives notice and removes this case to the United States District Court for the Eastern District of Louisiana.

Nord-Sud respectfully represents the following in accordance with the requirement of 28 U.S.C. §1446(a) for a "short and plain statement of the grounds for removal."

**Background and Applicable Procedural Requirements.**

1. Nord-Sud is named defendant in the matter styled *"Fourchon Heavy Lift LLC v. Nord-Sud Shipping, Inc. and Hansa Heavy Lift GmbH,"* pending in the 17th Judicial District Court for the Parish of Lafourche, Division "B," and bearing docket number C-125358 ("State Court Action"). A copy of the "Petition for Damages" (the "Petition") as well as all documents filed in the State Court Action are attached to this Notice as Exhibit 1.

2. Plaintiff, Fourchon Heavy Lift LLC ("FHL"), commenced this action by filing its Petition in the Parish of Lafourche on June 19, 2014.

3. Nord-Sud received notice of the Plaintiff's Petition on July 2, 2014. *See* Exhibit 2.

4. This Notice of Removal is timely filed, as it is being filed within 30 days after receipt of notice of the initial pleading setting forth the claims for relief as required by 28 U.S.C. §1446(b). Given the short time frame, Nord-Sud finds this removal prudent and necessary.

**This Is a Maritime Case Subject to Removal under 28 U.S.C. § 1333**

5. This case is removable to this Court under the jurisdictional grant set forth in 28 U.S.C. § 1333, in that FHL's cause of action is maritime in nature.

6. FHL alleges that in February 2013, the M/V HHL MISSISSIPPI (the "Vessel") docked at FHL's facility at Port Fourchon to use FHL's heavy lift crane services, but did not timely depart the berth leading to $13,005 in alleged "stand-by time" due in respect of the Vessel's subject call which has not been paid. *See* Exhibit 1. FHL alleges that the Vessel was at all times "owned, owned *pro hac vice*, and/or managed/operated" by defendant, Hansa Heavy Lift GmbH ("Hansa"), and that Nord-Sud acted as Hansa's local protective agent for the subject call. *See id.*

7. Insofar as FHL's claims arise out of the Vessel's use of FHL's berth, "preventing other ships from occupying that berth and depriving FHL of the opportunity to provide its services to other vessels," *see id.*, the dispute is subject to maritime jurisdiction under 28 U.S.C. § 1333.

8. Additionally, civil actions are removable pursuant to 28 U.S.C. § 1333 without regard for the citizenship of the parties or the amount in controversy. *See* 28 U.S.C. § 1441.

9. This matter is therefore removable under 28 U.S.C. §1441 in that it is a civil action over which the United States District Court for the Eastern District of Louisiana has original subject matter jurisdiction under 28 U.S.C. § 1333.

**Venue is Proper in this Court.**

10. Venue is proper in this Court pursuant to 28 U.S.C. §1446(a), as the United States Eastern District of Louisiana is the district and division within which the State Court Action is pending.

**Effectuation of Removal.**

11. Nord-Sud hereby removes this matter to the United States District Court for the Eastern District of Louisiana.

12. Nord-Sud is the only defendant that has been notified of the State Court Action. Therefore, consent from the other unserved defendants is unnecessary.

13. The jurisdictional allegations of this Notice were true at the time the State Court Action was commenced and remain true as of the date of filing of this Notice of Removal.

14. Nord-Sud reserves the right to submit additional evidence and assert supplemental grounds in support of removal as appropriate in future circumstances.

15. By virtue of this Notice of Removal, Nord-Sud does not waive its right to assert any claims, defenses, or other motions permitted under the Federal Rules of Civil Procedure.

16. Undersigned counsel certifies that, pursuant to 28 U.S.C. § 1446(d), a Notice of Filing Removal, along with a copy of this Notice of Removal, will be promptly filed with the 17th Judicial District Court for the Parish of Lafourche. (Attached as Exhibit 3.)  Also, pursuant to 28 U.S.C. § 1446(d), Defendant is providing written notice of the filing of this Notice of Removal to all adverse parties.  (Attached as Exhibit 4.)

WHEREFORE, defendant, Nord-Sud Shipping, Inc., hereby removes this action to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

*/s/ Andrew S. de Klerk*
Andrew S. de Klerk, T.A. (LA 1045)
T. Patrick O'Leary (LA 30655)
Brandon K. Thibodeaux (LA 32725)
**FRILOT, L.L.C.**
1100 Poydras Street, Suite 3800
New Orleans, Louisiana 70163
Telephone:   504-599-8010
Facsimile:   504-599-8110
**Counsel for Defendant, Nord-Sud Shipping, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all other counsel in this proceeding by having same delivered via email and certified mail on this 16th day of July, 2014. I further certify that I have served a copy of the foregoing upon the presently unrepresented party, Hansa Heavy Lift GmbH, via email and federal express on this 16th day of July, 2014.

*/s/ Andrew S. de Klerk*

4