STATE OF LOUISIANA

PARISH OF LAFOURCHE

     I Kathleen M. Lirette, Deputy Clerk of Court, do hereby certify that the following 26 pages is a true and correct copy of the entire record entitled Fourchon Heavy Lift, LLC vs. Nord-Sud Shipping, Inc. et al , Suit no. 125358 filed on June 19, 2014  in the 17th Judicial District Court, Parish of Lafourche.

     In testimony whereof, witness my hand and official seal, this July 15, 2014, at Thibodaux, Louisiana.

Kathleen M. Lirette
Deputy Clerk of Court

**EXHIBIT**

1

# PHELPS DUNBAR LLP

Louisiana | Mississippi | Texas | Florida | Alabama | North Carolina | London

Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
504-566-1311
504-568-9130 Fax

## FACSIMILE COVER SHEET

June 19, 2014

OUR FILE: 23189.0004

| FACSIMILE TO: | FACSIMILE NO.: | TELEPHONE NO.: |
|---|---|---|
| Clerk of Court, 17th Judicial District Court | (985) 447-5800 | (985) 447-4841 |

FROM: Bryan Bowdler

RE: *Fourchon Heavy Lift, LLC v. Nord-Sud Shipping, Inc., et al.*

TOTAL PAGES 9 (INCLUDING THIS PAGE)

MESSAGE: Please see attached for Fax Filing: Petition for Damages

*153558*

DIVISION B

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

IF THERE IS ANY PROBLEM RECEIVING THIS MESSAGE,
PLEASE CALL 504-566-1311 AND ASK FOR JULIETTE M. NEVES.
FACSIMILE - 504-568-9130

PD.11685705.1

FILED
JUN 19 2014
CLERK OF COURT

06-19-14 P02:22 RCVD



# PHELPS DUNBAR
### LLP

Louisiana | Mississippi | Texas | Florida | Alabama | North Carolina | London

BRYAN EDWARD BOWDLER
Admitted in New York and Louisiana
(504) 679-5530
bryan.bowdler@phelps.com

June 19, 2014

23189-0004

**_Via Facsimile & U.S. Mail: (985) 447-5800_**

Mr. Vernon H. Rodrigue
Clerk of Court
17th JDC, Lafourche Parish
Post Office Box 818
Thibodaux, LA 70302-0818

DIVISION B

125358

Re:    *Fourchon Heavy Lift, LLC v. Nord-Sud Shipping, Inc. et al.;* 17th Judicial District
       Court, Parish of Lafourche, State of Louisiana, Case No. _____, Division "_."

Dear Clerk:

Attached for fax filing today, please find plaintiff Fourchon Heavy Lift, LLC's Petition
for Damages.  Within the next day or so, I will forward to you the original and the proper
number of copies of this pleading as well as my firm's check to cover the filing and service fees
associated with this filing along with a self-addressed, stamped envelope for the return of same.

Your courtesy and cooperation are greatly appreciated.

Sincerely,

Bryan Edward Bowdler

BEB/jmn
Enclosures

———————————— COUNSELORS AT LAW ————————————

Canal Place | 365 Canal Street, Suite 2000 | New Orleans, Louisiana 70130-6534 | 504-566-1311 | 504-568-9130 Fax | phelpsdunbar.com

PD.11678909.1



FILED
JUN 19 2014
CLERK OF COURT

17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO. _____                              DIVISION "__"

FOURCHON HEAVY LIFT, L.L.C.

VERSUS

NORD-SUD SHIPPING, INC. AND HANSA HEAVY LIFT GMBH

FILED: _____        _____

                                        DEPUTY CLERK

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Fourchon Heavy Lift, L.L.C. who, for its Petition for Damages (the "Petition") against Nord-Sud Shipping, Inc. and Hansa Heavy Lift GmbH, respectfully avers as follows:

PARTIES

1.

Plaintiff Fourchon Heavy Lift, L.L.C. ("FHL") is a limited liability company organized under the laws of the State of Louisiana and has its principal place of business in Lafourche Parish, State of Louisiana.

2.

Made a defendant herein is Nord-Sud Shipping, Inc. ("Nord-Sud"). Upon information and belief, Nord-Sud is a corporation organized under the laws of the State of Louisiana and with its principal place of business in St. James Parish, State of Louisiana.

3.

Made a defendant herein is Hansa Heavy Lift GmbH ("Hansa"). Upon information and belief, Hansa is a corporation organized under the laws of Germany with its principal place of business in Hamburg, Germany.

VENUE

4.

The Seventeenth Judicial District Court for the Parish of Lafourche is the appropriate venue for this action pursuant to Articles 74.4 and 76.1 of the Louisiana Code of Civil Procedure.

11556906.1

## FACTUAL BACKGROUND

5.

In or around February 2013, the M/V HHL MISSISSIPPI called upon and utilized FHL's heavy lift crane services and dock at FHL's facility at Port Fourchon.

6.

Based on information and belief, the HHL MISSISSIPPI was owned, owned *pro hac vice*, and/or managed/operated by Hansa; Nord-Sud served as Hansa's local agent.

7.

Prior to utilizing FHL's heavy lift crane services for the HHL MISSISSIPPI, Nord-Sud was provided a copy of FHL's Rate Sheet. FHL's Rate Sheet clearly and unambiguously provides that "[s]tand-by for delays not caused by FHL will be charged at $750 per hour" for FHL's heavy lift crane.

8.

After completing its use of FHL's heavy lift crane services, the HHL MISSISSIPPI remained at FHL's berth and refused to sail. As a result and pursuant to the terms of the Rate Sheet, stand-by charges on account of the HHL MISSISSIPPI began to accrue at the rate of $750 per hour.

9.

Considering that the HHL MISSISSIPPI remained at FHL's berth, preventing other ships from occupying that berth and depriving FHL of the opportunity to provide its services to other vessels, FHL twice contacted Nord-Sud to confirm the stand-by charges to Nord-Sud's account as agent for the HHL MISSISSIPPI and Hansa. FHL did not receive a response.

10.

The HHL MISSISSIPPI eventually departed from FHL's berth on or about February 26, 2013. Prior to the vessel's departure, FHL again sought confirmation that its stand-by charges would be accepted. Nord-Sud finally responded to FHL's request and accepted all charges as agent for Hansa and/or the HHL MISSISSIPPI. Following this acceptance, HHL MISSISSIPPI departed from FHL's berth.

11.

As agent for Hansa and based on information and belief, Nord-Sud had authority to, and did, accept FHL's stand-by charges on behalf of Hansa. In the alternative and to the extent Nord-Sud lacked such authority when it expressly accepted FHL's stand-by charges on behalf of Hansa, Nord-Sud is directly responsible for the stand-by charges accrued by the HHL MISSISSIPPI because Nord-Sud, in this instance, exceeded its authority as agent for Hansa.

12.

Following the departure of the HHL MISSISSIPPI, FHL invoiced Nord-Sud for FHL's services, including the accepted stand-by time, while the HHL MISSISSIPPI was moored at FHL's berth. FHL invoiced Nord-Sud in the principal amount of THIRTEEN THOUSAND FIVE U.S. DOLLARS AND NO CENTS ($13,005.00) related specifically to the stand-by charge accrued by the M/V HHL MISSISSIPPI.

13.

Nord-Sud made partial payment of FHL's invoice, however, Nord-Sud and Hansa refused to pay FHL's invoiced charge with respect to the stand-by time for the HHL MISSISSIPPI that Nord-Sud accepted before the HHL MISSISSIPPI departed from FHL's berth.

14.

Nord-Sud and/or Hansa are jointly indebted to FHL in the principal amount of THIRTEEN THOUSAND FIVE U.S. DOLLARS AND NO CENTS ($13,005.00) for the stand-by time accrued by the HHL MISSISSIPPI.

## OPEN ACCOUNT

15.

FHL incorporates paragraphs 1 through 14 as if copied *in extenso*.

16.

As a separate cause of action, pursuant to Louisiana Revised Statute 9:2781, FHL makes formal demand on Nord-Sud and/or Hansa for payment on open account.

17.

Nord-Sud and/or Hansa have failed to remit payment in full and remain indebted to FHL for nonpayment of their open account for the principal amount of THIRTEEN THOUSAND FIVE U.S. DOLLARS AND NO CENTS ($13,005.00).

18.

In the event that Nord-Sud and/or Hansa fail to cure their delinquent account thirty (30) days after this demand, Nord-Sud and/or Hansa will be liable for FHL's reasonable attorneys' fees for the prosecution and collection of its claim, along with interest, and for all applicable court costs, as provided for in Louisiana Revised Statute 9:2781.

## BREACH OF CONTRACT

19.

FHL incorporates paragraphs 1 through 18 as if copied *in extenso*.

20.

FHL provided services to Nord-Sud and/or Hansa when the HHL MISSISSIPPI utilized FHL's berth and heavy lift crane services.

21.

Nord-Sud and/or Hansa accepted FHL's heavy lift crane services.

22.

FHL invoiced Nord-Sud for its services and, prior to the HHL MISSISSIPPI departing FHL's berth, Nord-Sud accepted all of FHL's charges, including stand-by charges, either on its own behalf or on behalf of Hansa.

23.

FHL's services and Nord-Sud's acceptance and/or Hansa's acceptance through its agent, Nord-Sud, of such services constitutes a contract between the parties.

24.

FHL performed all of its obligations and duties under the terms of such contract.

25.

Nord-Sud's and/or Hansa's failure to remit payment for FHL's services constitutes a breach of the contract with FHL that has caused FHL injury.

26.

FHL is entitled to all damages caused by Nord-Sud's and/or Hansa's breach of contract.

## EQUITABLE ESTOPPEL/DETRIMENTAL RELIANCE

27.

FHL hereby incorporates paragraphs 1 through 26 as if copied *in extenso*.

28.

In the alternative, FHL relied to its detriment on the representations made by Nord-Sud that Nord-Sud and/or Hansa would perform their obligations to compensate FHL for its services.

29.

FHL provided its Rate Sheet to Nord-Sud and this rate sheet clearly and unambiguously provides that FHL will charge a "stand-by" rate of $750 per hour for any delays not caused by FHL.

30.

While Nord-Sud and/or Hansa have paid FHL for the actual use of FHL's heavy lift crane services, they refuse to pay for FHL's proper stand-by charges which accrued.

31.

As a result of the HHL MISSISSIPPI's refusal to leave FHL's berth, FHL was unable to provide its services to other vessels.

32.

Prior to the HHL MISSISSIPI's departure, Nord-Sud for itself and/or as agent for Hansa, accepted FHL's stand-by charges.

33.

Nord-Sud knew or should have known that its representation that it and/or Hansa would perform their obligations, including payment of the properly incurred stand-by charges, would induce FHL to rely on them to FHL's detriment.

34.

FHL's reliance on Nord-Sud's representations was reasonable.

35.

FHL is entitled to a judgment by the Court awarding any and all damages against Nord-Sud and/or Hansa sustained as a result of its detrimental reliance upon Nord-Sud's representations.

UNJUST ENRICHMENT/*QUANTUM MERUIT*

36.

FHL hereby incorporates paragraphs 1 through 31 as if copied *in extenso*.

11536906.1

37.

In the alternative, Nord-Sud and/or Hansa has been unjustly enriched through its dealings with FHL. To the extent FHL has no adequate remedy at law, the doctrine of unjust enrichment and/or *quantum meruit* entitles FHL to relief.

38.

Nord-Sud and/or Hansa has been unjustly enriched at the expense and ultimate detriment of FHL.

39.

As a result of Nord-Sud and/or Hansa's unjust enrichment, FHL has been wrongfully impoverished and has suffered substantial damages in an amount to be established at the trial of this matter.

40.

FHL is entitled to a judgment by the Court awarding any and all damages sustained by FHL for Nord-Sud and/or Hansa's unjust enrichment.

WHEREFORE, Fourchon Heavy Lift, LLC, respectfully prays that after due proceedings are had, this Honorable Court enter judgment in its favor and against Defendants, Nord-Sud Shipping, Inc. and Hansa Heavy Lift GmbH, for all damages caused by their failure to make payment on the open account, contract, or otherwise, plus all reasonable attorneys' fees incurred with the collection of this claim, all court costs, interest from the date of judicial demand, and for all other general and equitable relief to which Fourchon Heavy Lift, LLC is entitled.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: _____
Robert P. McCleskey, Jr., T.A. (#9151)
William J. Riviere (#20593)
Bryan Edward Bowdler (#32097)
One Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR FOURCHON HEAVY
LIFT, LLC

<u>PLEASE SERVE:</u>

Nord-Sud Shipping, Inc.
Through its Registered Agent
 For Service of Process
 Jeffrey P. Berthelot
 1940 Jefferson Highway
 Lutcher, Louisiana  70071


<u>PLEASE SERVE VIA LONG-ARM STATUTE:</u>

Hansa Heavy Lift GmbH
Through the Hague Convention on the Service
        Abroad of Judicial and Extrajudicial Documents
        In Civil and Commercial Matters
        Hamburg, Germany



FILED

JUN 19 2014

CLERK OF COURT

JUDGE'S SUPPLEMENTAL COMPENSATION FUND

INDIVIDUAL REPORT SHEET

ACT 63 OF 1985

DATE ___6-19-14___                    AMOUNT TO BE COLLECTED $ __2300__

CIVIL SUIT NO. __125358__

PROBATE NO: _____

ADOPTION NO. _____

EXEMPT:     YES ____/____

            NO ___✓___

TYPE OF DOCUMENT FILED:   NEW PROCEEDING __Damages__

                          OTHER: _____
                          (IDENTIFY BY NUMBER) _____

OTHER DOCUEMENTS: ------- 1.   RECONVENTIONAL DEMAND OR CROSS CLAIM
                          2.   INTERVENTION
                          3.   THIRD PARTY DEMAND
                          4.   SUIT FOR DEFICIENCY JUDGMENT FILED IN
                               ORIGINAL SUIT
                          5.   SUIT FOR PARTITION FOLLOWING
                               RENDITION OF A JUDG. OF
                               SEPARATION/DIVORCE
                          6.   SUIT FOR DIVORCE FILED IN ORIGINAL
                               SEPARATION SUIT
                          7.   OTHER (PLEASE STATE NAME OF DOCUMENT)

MONTHLY REPORT & CHECK GOES TO: JUDGE'S SUPPLEMENTAL COMPENSATION
                                FUND C/O STATE TREASURER'S OFFICE
                                P.O. BOX 44154
                                BATON ROUGE, LA 70804-4154

COPY OF MONTHLY REPORT GOES TO:   MR. EUGENE J. MURRET
                                  JUDICIAL ADMINISTRATOR
                                  LOUISIANA SUPREME COURT
                                  ROOM 109, 301 LOYOLA AVENUE
                                  NEW ORLEANS, LA 70112-1887

COMPUTER CODE:  52

ORIGINAL OF THIS REPORT TO BE FILED IN RECORD AND COPY OF THIS
REPORT TO BE PUT IN MONTHLY FOLDER.

FILED

JUN 19 2014

CLERK OF COURT

# PHELPS DUNBAR
### L.L.P.

Louisiana | Mississippi | Texas | Florida | Alabama | North Carolina | London

BRYAN EDWARD BOWDLER
Admitted in New York and Louisiana
(504) 679-5530
bryan.bowdler@phelps.com

June 24, 2014

23189-0004



_Via Facsimile & U.S. Mail:  (985) 447-5800_

Mr. Vernon H. Rodrigue
Clerk of Court
17th JDC, Lafourche Parish
Post Office Box 818
Thibodaux, LA  70302-0818

DIVISION B

125358

Re:   _Fourchon Heavy Lift, LLC v. Nord-Sud Shipping, Inc. et al.;_ 17th Judicial District
Court, Parish of Lafourche, State of Louisiana, Case No. 125-358, Division "B"

Dear Clerk:

Enclosed please find the original and three copies of plaintiff Fourchon Heavy Lift,
LLC's Petition for Damages which was faxed-filed with the Court on June 19th.  I would
appreciate your filing the original pleading into the record of the Court, issue citations for service
upon the parties indicated on page 7 of the petition, cause service to be effected upon Nor-Sud
Shipping and return to me the citation for long-arm service upon Hansa Heavy Lift GmbH.  I
have enclosed our check in the amount of $350 for filing and service, as well as a self-addressed,
stamped envelope for the return of the filed-stamped copies and citation.

Thank you for your courtesy and cooperation in this regard.

Sincerely,

Bryan Edward Bowdler

BEB/jmn
Enclosures

FILED
JUN 26 2014
CLERK OF COURT

COUNSELORS AT LAW

Canal Place | 365 Canal Street, Suite 2000 | New Orleans, Louisiana 70130-6534 | 504-566-1311 | 504-568-9130 Fax | phelpsdunbar.com

PD.11705531.1

2014-06-19 14:51     LafourcheClerk          9854475800 >>                    P 1/1



# VERNON H. RODRIGUE
## Clerk of Court
Seventeenth Judicial District Court
Parish of Lafourche

P. O. BOX 818     THIBODAUX, LA 70302-0818

TO: PHELPS DUNBAR LLP

   504-568-9130

IN RE:   FOURCHON HEAVY LIFT LLC

         VS

         NORD-SUD SHIPPING INC, ET AL

         DOCKET NUMBER: C-125358

This is to certify that on June 19, 2014 the Lafourche Parish Clerk's Office
received by Facsimile Transmission of the following document(s):

Petition for Damages    Div "B"

Please consider this your notice of receipt by this office of the documents in
accordance with Act. No. 463 of the 1991 Session of the Louisiana
Legislature.


                    Jada Breaux

                    Deputy Clerk of Court

Cost for Filing $350.00

FILED
JUN 26 2014
CLERK OF COURT

THIBODAUX: ADMINISTRATIVE & RECORDING - 985/447-4841      LOCKPORT:  PHONE: 985/532-7361      GALLIANO:  PHONE: 985/632-8111
                        CIVIL - 985/447-5550                          FAX: 985/532-7382                 FAX: 985/632-5897
                     CRIMINAL - 985/447-5512
                         FAX - 985/447-5800
                  TOLL FREE - 1-866-447-4841      WEBSITE: http://www.lafourcheclerk.com



17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO.  C-125358                                                   DIVISION "B"

FOURCHON HEAVY LIFT, L.L.C.            DIVISION B

VERSUS

NORD-SUD SHIPPING, INC. AND HANSA HEAVY LIFT GMBH

FILED: _____        _____

DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Fourchon Heavy Lift, L.L.C. who, for its Petition for Damages (the "Petition") against Nord-Sud Shipping, Inc. and Hansa Heavy Lift GmbH, respectfully avers as follows:

### PARTIES

1.

Plaintiff Fourchon Heavy Lift, L.L.C. ("FHL") is a limited liability company organized under the laws of the State of Louisiana and has its principal place of business in Lafourche Parish, State of Louisiana.

2.

Made a defendant herein is Nord-Sud Shipping, Inc. ("Nord-Sud").  Upon information and belief, Nord-Sud is a corporation organized under the laws of the State of Louisiana and with its principal place of business in St. James Parish, State of Louisiana.

3.

Made a defendant herein is Hansa Heavy Lift GmbH ("Hansa").  Upon information and belief, Hansa is a corporation organized under the laws of Germany with its principal place of business in Hamburg, Germany.

### VENUE

4.

The Seventeenth Judicial District Court for the Parish of Lafourche is the appropriate venue for this action pursuant to Articles 74.4 and 76.1 of the Louisiana Code of Civil Procedure.

FACTUAL BACKGROUND

5.

In or around February 2013, the M/V HHL MISSISSIPPI called upon and utilized FHL's heavy lift crane services and dock at FHL's facility at Port Fourchon.

6.

Based on information and belief, the HHL MISSISSIPPI was owned, owned *pro hac vice*, and/or managed/operated by Hansa; Nord-Sud served as Hansa's local agent.

7.

Prior to utilizing FHL's heavy lift crane services for the HHL MISSISSIPPI, Nord-Sud was provided a copy of FHL's Rate Sheet. FHL's Rate Sheet clearly and unambiguously provides that "[s]tand-by for delays not caused by FHL will be charged at $750 per hour" for FHL's heavy lift crane.

8.

After completing its use of FHL's heavy lift crane services, the HHL MISSISSIPPI remained at FHL's berth and refused to sail. As a result and pursuant to the terms of the Rate Sheet, stand-by charges on account of the HHL MISSISSIPPI began to accrue at the rate of $750 per hour.

9.

Considering that the HHL MISSISSIPPI remained at FHL's berth, preventing other ships from occupying that berth and depriving FHL of the opportunity to provide its services to other vessels, FHL twice contacted Nord-Sud to confirm the stand-by charges to Nord-Sud's account as agent for the HHL MISSISSIPPI and Hansa. FHL did not receive a response.

10.

The HHL MISSISSIPPI eventually departed from FHL's berth on or about February 26, 2013. Prior to the vessel's departure, FHL again sought confirmation that its stand-by charges would be accepted. Nord-Sud finally responded to FHL's request and accepted all charges as agent for Hansa and/or the HHL MISSISSIPPI. Following this acceptance, HHL MISSISSIPPI departed from FHL's berth.

11.

As agent for Hansa and based on information and belief, Nord-Sud had authority to, and did, accept FHL's stand-by charges on behalf of Hansa.  In the alternative and to the extent Nord-Sud lacked such authority when it expressly accepted FHL's stand-by charges on behalf of Hansa, Nord-Sud is directly responsible for the stand-by charges accrued by the HHL MISSISSIPPI because Nord-Sud, in this instance, exceeded its authority as agent for Hansa.

12.

Following the departure of the HHL MISSISSIPPI, FHL invoiced Nord-Sud for FHL's services, including the accepted stand-by time, while the HHL MISSISSIPPI was moored at FHL's berth.  FHL invoiced Nord-Sud in the principal amount of THIRTEEN THOUSAND FIVE U.S. DOLLARS AND NO CENTS ($13,005.00) related specifically to the stand-by charge accrued by the M/V HHL MISSISSIPPI.

13.

Nord-Sud made partial payment of FHL's invoice, however, Nord-Sud and Hansa refused to pay FHL's invoiced charge with respect to the stand-by time for the HHL MISSISSIPPI that Nord-Sud accepted before the HHL MISSISSIPPI departed from FHL's berth.

14.

Nord-Sud and/or Hansa are jointly indebted to FHL in the principal amount of THIRTEEN THOUSAND FIVE U.S. DOLLARS AND NO CENTS ($13,005.00) for the stand-by time accrued by the HHL MISSISSIPPI.

## OPEN ACCOUNT

15.

FHL incorporates paragraphs 1 through 14 as if copied *in extenso*.

16.

As a separate cause of action, pursuant to Louisiana Revised Statute 9:2781, FHL makes formal demand on Nord-Sud and/or Hansa for payment on open account.

17.

Nord-Sud and/or Hansa have failed to remit payment in full and remain indebted to FHL for nonpayment of their open account for the principal amount of THIRTEEN THOUSAND FIVE U.S. DOLLARS AND NO CENTS ($13,005.00).

18.

In the event that Nord-Sud and/or Hansa fail to cure their delinquent account thirty (30) days after this demand, Nord-Sud and/or Hansa will be liable for FHL's reasonable attorneys' fees for the prosecution and collection of its claim, along with interest, and for all applicable court costs, as provided for in Louisiana Revised Statute 9:2781.

## BREACH OF CONTRACT

19.

FHL incorporates paragraphs 1 through 18 as if copied *in extenso*.

20.

FHL provided services to Nord-Sud and/or Hansa when the HHL MISSISSIPPI utilized FHL's berth and heavy lift crane services.

21.

Nord-Sud and/or Hansa accepted FHL's heavy lift crane services.

22.

FHL invoiced Nord-Sud for its services and, prior to the HHL MISSISSIPPI departing FHL's berth, Nord-Sud accepted all of FHL's charges, including stand-by charges, either on its own behalf or on behalf of Hansa.

23.

FHL's services and Nord-Sud's acceptance and/or Hansa's acceptance through its agent, Nord-Sud, of such services constitutes a contract between the parties.

24.

FHL performed all of its obligations and duties under the terms of such contract.

25.

Nord-Sud's and/or Hansa's failure to remit payment for FHL's services constitutes a breach of the contract with FHL that has caused FHL injury.

26.

FHL is entitled to all damages caused by Nord-Sud's and/or Hansa's breach of contract.

## EQUITABLE ESTOPPEL/DETRIMENTAL RELIANCE

27.

FHL hereby incorporates paragraphs 1 through 26 as if copied *in extenso*.

28.

In the alternative, FHL relied to its detriment on the representations made by Nord-Sud that Nord-Sud and/or Hansa would perform their obligations to compensate FHL for its services.

29.

FHL provided its Rate Sheet to Nord-Sud and this rate sheet clearly and unambiguously provides that FHL will charge a "stand-by" rate of $750 per hour for any delays not caused by FHL.

30.

While Nord-Sud and/or Hansa have paid FHL for the actual use of FHL's heavy lift crane services, they refuse to pay for FHL's proper stand-by charges which accrued.

31.

As a result of the HHL MISSISSIPPI's refusal to leave FHL's berth, FHL was unable to provide its services to other vessels.

32.

Prior to the HHL MISSISSIPI's departure, Nord-Sud for itself and/or as agent for Hansa, accepted FHL's stand-by charges.

33.

Nord-Sud knew or should have known that its representation that it and/or Hansa would perform their obligations, including payment of the properly incurred stand-by charges, would induce FHL to rely on them to FHL's detriment.

34.

FHL's reliance on Nord-Sud's representations was reasonable.

35.

FHL is entitled to a judgment by the Court awarding any and all damages against Nord-Sud and/or Hansa sustained as a result of its detrimental reliance upon Nord-Sud's representations.

### UNJUST ENRICHMENT/*QUANTUM MERUIT*

36.

FHL hereby incorporates paragraphs 1 through 31 as if copied *in extenso*.

37.

In the alternative, Nord-Sud and/or Hansa has been unjustly enriched through its dealings with FHL.  To the extent FHL has no adequate remedy at law, the doctrine of unjust enrichment and/or *quantum meruit* entitles FHL to relief.

38.

Nord-Sud and/or Hansa has been unjustly enriched at the expense and ultimate detriment of FHL.

39.

As a result of Nord-Sud and/or Hansa's unjust enrichment, FHL has been wrongfully impoverished and has suffered substantial damages in an amount to be established at the trial of this matter.

40.

FHL is entitled to a judgment by the Court awarding any and all damages sustained by FHL for Nord-Sud and/or Hansa's unjust enrichment.

**WHEREFORE,** Fourchon Heavy Lift, LLC, respectfully prays that after due proceedings are had, this Honorable Court enter judgment in its favor and against Defendants, Nord-Sud Shipping, Inc. and Hansa Heavy Lift GmbH, for all damages caused by their failure to make payment on the open account, contract, or otherwise, plus all reasonable attorneys' fees incurred with the collection of this claim, all court costs, interest from the date of judicial demand, and for all other general and equitable relief to which Fourchon Heavy Lift, LLC is entitled.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: _____
      Robert P. McCleskey, Jr., T.A. (#9151)
      William J. Riviere (#20593)
      Bryan Edward Bowdler (#32097)
      One Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130

ATTORNEYS FOR FOURCHON HEAVY LIFT, LLC

<u>PLEASE SERVE:</u>

Nord-Sud Shipping, Inc.
Through its Registered Agent
 For Service of Process
 Jeffrey P. Berthelot
 1940 Jefferson Highway
 Lutcher, Louisiana  70071

<u>PLEASE SERVE VIA LONG-ARM STATUTE:</u>

Hansa Heavy Lift GmbH
Through the Hague Convention on the Service
        Abroad of Judicial and Extrajudicial Documents
        In Civil and Commercial Matters
        Hamburg, Germany



FILED

JUN 2 6 2014

CLERK OF COURT

# VERNON H. RODRIGUE

## Clerk of Court

Seventeenth Judicial District Court
Parish of Lafourche



P. O. BOX 818     THIBODAUX, LA 70302-0818

June 27, 2014

HON. WILLY J. MARTIN, JR.
SHERIFF, PARISH OF ST. JAMES
P.O. BOX 83
COVENT, LA 70723

RE:  FOURCHON HEAVY LIFT LLC
     VS
     NORD-SUD SHIPPING INC, ET AL
     DOCKET NUMBER: C-125358

Dear Sir:

Enclosed, please find papers to be served on

NORD-SUD SHIPPING, INC.
THRU ITS AGENT: JEFFREY P. BERTHELOT
1940 JEFFERSON HIGHWAY
LUTCHER, LA 70071

Would you please make service.

Sincerely,

Vernon H. Rodrigue
Clerk of Court

Deputy Clerk

FILED

JUN 27 2014

CLERK OF COURT

THIBODAUX: ADMINISTRATIVE & RECORDING - 985/447-4841
CIVIL - 985/447-5550
CRIMINAL - 985/447-5512
FAX - 985/447-5800
TOLL FREE - 1-866-447-4841

LOCKPORT:  PHONE: 985/532-7361
FAX: 985/532-7362

GALLIANO:  PHONE: 985/632-8111
FAX: 985/632-5897

WEBSITE: http://www.lafourcheclerk.com

D811653

## CITATION

FOURCHON HEAVY LIFT LLC

VS

NORD-SUD SHIPPING INC, ET AL

DOCKET NUMBER: C-125358

SEVENTEENTH JUDICIAL DISTRICT

PARISH OF LAFOURCHE

STATE OF LOUISIANA

TO:   NORD-SUD SHIPPING INC
      THRU ITS AGENT: JEFFREY P. BERTHELOT
      1940 JEFFERSON HIGHWAY
      LUTCHER, LA 70071
      residing in the PARISH OF ST. JAMES, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, June 27, 2014.

VERNON H. RODRIGUE
CLERK OF COURT

Deputy Clerk of Court

PHELPS DUNBAR LLP
ATTORNEYS AT LAW
ONE CANAL PLACE
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA 70130

FILED

JUN 27 2014

CLERK OF COURT

PERSONAL SERVICE

On _____ on the _____
Day of _____, 20____
Service:_____
Mileage:_____

_____
Dty. Sheriff ST. JAMES Parish

DOMICILIARY SERVICE

On _____ by
Leaving the same with _____
_____
On the ____ day of
_____, 20_____
Service:_____
Mileage:_____

_____
Dty. Sheriff ST. JAMES Parish

# VERNON H. RODRIGUE
## Clerk of Court
Seventeenth Judicial District Court
Parish of Lafourche



P. O. BOX 818      THIBODAUX, LA  70302-0818

D811687

June 27, 2014

PHELPS DUNBAR
ATTORNEYS AT LAW
365 CANAL ST., CANAL PL., STE 2000
NEW ORLEANS, LA 71030-6534

In Re:  FOURCHON HEAVY LIFT LLC

VS. DOCKET NUMBER: C-125358

NORD-SUD SHIPPING INC, ET AL

Dear Mr. Bowdler,

Enclosed please find the service(s) which is to be made through the Louisiana Long Arm Statute by you.  After you receive the Green Cards back from the certified mail, please file an affidavit of service with our office.

Yours truly,
VERNON H. RODRIGUE
Clerk of Court

By: _____
Deputy Clerk of Court

FILED

CLERK OF COURT

THIBODAUX: ADMINISTRATIVE & RECORDING - 985/447-4841
CIVIL - 985/447-5550
CRIMINAL - 985/447-5512
FAX - 985/447-5800
TOLL FREE - 1-866-447-4841

LOCKPORT:  PHONE: 985/532-7361
FAX: 985/532-7362

WEBSITE: http://www.lafourcheclerk.com

GALLIANO:  PHONE: 985/632-8111
FAX: 985/632-5897

D811679

# CITATION LONG ARM

| | |
|---|---|
| FOURCHON HEAVY LIFT LLC | SEVENTEENTH JUDICIAL DISTRICT |
| VS | PARISH OF LAFOURCHE |
| NORD-SUD SHIPPING INC, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-125358 | |

TO:   HANSA HEAVY LIFT GMBH
       THRU THE HAGUE CONVENTION ON THE SERIVCE
       ABROAD OF JUDICIAL AND EXTRAJUDICIAL DOCUMENTS
       IN CIVIL AND COMMERCIAL MATTERS
       HAMBURG, GERMANY
       residing in GERMANY.

You are hereby summoned to comply with the prayer of the Petition for Damages a true and faithful copy whereof accompanies this citation, or file your answer in writing with the Clerk of said Court at his office in the City of Thibodaux, Louisiana, within thirty days from the filing of the affidavit of service herein, in accordance with R.S.13:3201, et seq., under penalty of default.

Witness the Honorable Judges of said Court.

Granted under the impress of the seal of said Court and my official signature, this June 27, 2014.

VERNON H. RODRIGUE
CLERK OF COURT

Deputy Clerk of Court
Lafourche Parish

ATTORNEY:

PHELPS DUNBAR, LLP
ATTORNEYS AT LAW
ONE CANAL PLACE
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA 70130

FILED
JUN 27 2014
CLERK OF COURT

# Transmission Log

LafourcheClerk       Thursday, 2014-06-19   14:51      9854475800

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
|------|------|------|-------|--------|-------|---------------------|-----|--------|
| 2014-06-19 | 14:50 | SCAN | 24801 | 0:07 | 21600 | 15045689130 | 1 | OK -- V.34 AM31 |

---

## VERNON H. RODRIGUE
### Clerk of Court
Seventeenth Judicial District Court
Parish of Lafourche



P. O. BOX 818     THIBODAUX, LA 70302-0818

TO: PHELPS DUNBAR LLP

     504-568-9130

              IN RE:    FOURCHON HEAVY LIFT LLC

                      VS

                      NORD-SUD SHIPPING INC, ET AL

                      DOCKET NUMBER: C-125358

This is to certify that on June 19, 2014 the Lafourche Parish Clerk's Office received by Facsimile Transmission of the following document(s):

Petition for Damages    Div "B"

Please consider this your notice of receipt by this office of the documents in accordance with Act. No. 463 of the 1991 Session of the Louisiana Legislature.

                   Jada Breaux

                   Deputy Clerk of Court

Cost for Filing $350.00

THIBODAUX: ADMINISTRATIVE & RECORDING - 985/447-4841     LOCKPORT: PHONE: 985/532-7361     GALLIANO: PHONE: 985/632-6111
                 CIVIL - 985/447-5550                        FAX: 985/532-7362             FAX: 985/632-5897
                 CRIMINAL - 985/447-5512
                 FAX - 985/447-5800
                 TOLL FREE - 1-866-447-4841          WEBSITE: http://www.lafourcheclerk.com

## FILED

JUN 19 2014

CLERK OF COURT

VERNON H. RODRIGUE                    INVOICE                    INVOICE #    12655
LAFOURCHE CLERK OF CC    Г                                      PAGE    1  OF    1
P.O. BOX 818
THIBODAUX, LA. 70302-0818            **Pay To:**

                                                    Willy J. Martin, Jr.
                                         St. James Parish Sheriffs Office
                                                       5800 LA HWY 44
                                                         P. O. BOX 83
                                                  Convent, LA 70723

| | | | | |
|---|---|---|---|---|
| PARISH  95 | | Charge | Paid | UnPaid |

**SUIT NO. C-125358 FOURCHON HEAVY LIFT LLC vs NORD-SUD SHIPPING INC., ET AL**

07/02/2014 0001 CITATION & PETITION                              30.20      0.00      30.20
    DOMICILIARY TO PAUL GAINES, EMPLOYEE ON 07/02/2014 BY 506
LeBlanc
FOURCHON HEAVY LIFT LLC vs NORD-SUD SHIPPING INC., ET AL


                                          *** TOTAL DUE THIS INVOICE ***            30.20
        **********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT**********

FILED

JUL - 7 2014


CLERK OF COURT

D811653

# CITATION

FOURCHON HEAVY LIFT LLC

VS

NORD-SUD SHIPPING INC, ET AL

DOCKET NUMBER: C-125358

SEVENTEENTH JUDICIAL DISTRICT

PARISH OF LAFOURCHE

STATE OF LOUISIANA

TO:   NORD-SUD SHIPPING INC
      THRU ITS AGENT: JEFFREY P. BERTHELOT
      1940 JEFFERSON HIGHWAY
      LUTCHER, LA 70071
      residing in the PARISH OF ST. JAMES, STATE OF LOUISIANA

   You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation.  Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof.  Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

   WITNESS the Honorable Judges of said Court.

   Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, June 27, 2014.

                              VERNON H. RODRIGUE
                              CLERK OF COURT

                              _____
                              Deputy Clerk of Court

PHELPS DUNBAR LLP
ATTORNEYS AT LAW
ONE CANAL PLACE
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA 70130

FILED

JUL 1 2014

CLERK OF COURT

NOTICE OF SERVICE
I hereby certify that this Notice of Service was mailed by me to the requesting party.
Date July 2, 2014

_____
Deputy Clerk of Court

PERSONAL SERVICE

On _____ on the _____
Day of _____, 20___
Service: _____
Mileage: _____


Dty. Sheriff ST. JAMES Parish

DOMICILIARY SERVICE

On 7-2-14 _____ by
Leaving the same with _____
_____ Paul Gaines
On the 2 day of
July _____, 20 14
Service: _____
Mileage: _____


Dty. Sheriff ST. JAMES Parish

Dty Le Blanc

7.2.14